FINAL REPORT[1]

**Recommendation 1-2016, Minor Court Rules Committee**

*Amendment of Rules 112 and 323 of the Rules of Civil Procedure*
*Before Magisterial District Judges*

UPDATING REFERENCES TO THE RULES GOVERNING STANDARDS
OF CONDUCT OF MAGISTERIAL DISTRICT JUDGES

## I.      Introduction

The Minor Court Rules Committee ("Committee") recommended the amendment of Rules 112 and 323 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges ("Rules").   These amendments will update references to the Rules Governing Standards of Conduct of Magisterial District Judges.                  .

## II.      Background and Discussion

On September 18, 2014, the Court rescinded the then-existing provisions of the Rules Governing Standards of Conduct of Magisterial District Judges effective December 1, 2014, and adopted new Rules Governing Standards of Conduct of Magisterial District Judges.  *See* 44 Pa.B. 6205 (October 4, 2014).   Subsequently, on March 26, 2015, the Court rescinded Rules 16-22 and 81 of the Rules Governing Standards of Conduct of Magisterial District Judges, and moved the content of those rules to the Rules of Judicial Administration.  *See* 45 Pa.B. 1838 (April 11, 2015); Pa.R.J.A. Nos. 601-607.  In light of these changes, the Committee reviewed the Rules of Civil Procedure before Magisterial District Judges to identify references to the rescinded rules.

The Committee identified references to rescinded Rules 8 and 17 in the Official Note to Rule 112, which addresses the availability and temporary assignments of magisterial district judges.  The Committee also identified references to rescinded Rule 13 in the Official Note to Rule 323.

---

[1] The Committee's Final Report should not be confused with the Official Notes to the Rules.   Also, the Supreme Court of Pennsylvania does not adopt the Committee's Official Notes or the contents of the explanatory Final Reports.

## III.    Rule Changes

The Committee recommended amending the Official Note to Rule 112 to change references to rescinded Rules 8 and 17 to new Rule 2.11 and Rule 605 of the Pennsylvania Rules of Judicial Administration, respectively.  The Committee also recommended making stylistic and corrective changes to Rule 112.

The Committee also recommended amending the Official Note to Rule 323 to change the reference to rescinded Rule 13 to new Rule 3.9.  The Committee also recommended making stylistic and corrective changes to Rule 323.